UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In Re:                                                    BCN#: 19-31409-KLP
Vincent Damion Newby, Jr                                  Chapter: 13
Debtor

NOTICE OF APPEARANCE

The undersigned hereby appears in these Chapter 13 Bankruptcy Proceedings as Counsel
for THE BANK OF NEW YORK MELLON, F/K/A The Bank of New York as trustee for
registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-1 and requests that she
be placed upon the mailing list of those creditors, parties in interest and Counsel who receive all
Notices in these proceedings.

Respectfully submitted,
Shapiro & Brown, LLP
By: /s/ Malcolm B. Savage, III
Gregory N. Britto, Esquire VSB #23476
William M. Savage, Esquire VSB #26155
Malcolm B. Savage, III, Esquire VSB #91050
Thomas J. Gartner, Esquire VSB #79340
Mary F. Balthasar Lake, Esquire VSB #34899
Renee Dyson, Esquire VSB #93282
Shapiro & Brown, LLP
501 Independence Parkway, Suite 203
Chesapeake, Virginia 23320
(703) 449-5800

CERTIFICATE

I certify that a copy of the foregoing was electronically transmitted and/or mailed, by first
class mail, this 27th day of March, 2019, to the following:

Vincent Damion Newby, Jr.
9525 Brant Lane
Glen Allen, VA 23060

Suzanne E. Wade
P.O. Box 1780
Richmond, VA 23218-1780

/s/ Malcolm B. Savage, III
Gregory N. Britto, Esquire
Renee Dyson, Esquire
Malcolm B. Savage, III, Esquire
William M. Savage, Esquire
Thomas J. Gartner, Esquire
Mary F. Balthasar Lake, Esquire
Shapiro & Brown, LLP
501 Independence Parkway, Suite 203
Chesapeake, Virginia 23320
(703) 449-5800   18-274024