# United States Bankruptcy Court
## Eastern District of Virginia
_____Richmond_____ Division

**In re:**  Vincent Damion Newby, Jr.    **Case Number** _19-31409-KLP_

**Chapter** _13_

**Debtor(s)**

## ORDER SETTING HEARING

**TO:**  **Debtor(s)**  Vincent Damion Newby, Jr.  9525 Brant Lane  Glen Allen, VA 23060

**Attorney for Debtor(s)**
**Trustee**  Suzanne E. Wade, P.O. Box 1780, Richmond, VA 23218-1780
**United States Trustee**  701 E. Broad St., Suite 4304, Richmond, VA 23219

The Clerk has determined that the above-captioned debtor(s) has/have failed to cure certain deficiency(ies) in this case. Therefore, a hearing will be held:

*Date:*   May 22, 2019
*Time:*   10:00 AM
*Location:*  U. S. Bankruptcy Court, U. S. Courthouse, 701 E. Broad St., Room 5100, Richmond, VA 23219

The debtor(s) shall appear at the hearing and explain why the bankruptcy case should not be dismissed for failure to timely cure the following deficiency(ies) and any other deficiency(ies) or certifications that accrue before the hearing:
Failure to timely file Chapter 13 Plan
Failure to timely file Lists, Schedules and/or Statements

**If the debtor(s) fails to appear at the hearing, the above-captioned case will be dismissed.**

NOTICE: **Even if the debtor(s) files the required document(s) or makes the required payment(s), the debtor(s) must still attend the hearing to explain why he/she/they failed to do so timely.**

NOTICE IS FURTHER GIVEN that an outstanding balance of the filing fee in the amount of $ _310.00_ is due and owing to the Clerk of Court, payable as follows:

☐ due and payable immediately.

☑ $ _115.00_ on _4/29/19_ , $ _100.00_ on _6/6/19_ , and $ _95.00_ on _7/16/19_ .

Dated: _April 19, 2019_         **William C. Redden, Clerk**
**United States Bankruptcy Court**

**By:** /s/: N. Bullock
**Deputy Clerk**

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET: _April 19, 2019_

[osethrgln ver. 10/18]